THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-221-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| AUSTIN GRIMME, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from February 20, 2025, to March 3, 2025.

DONE this 20th day of February, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Austin Grimme

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Grimme*, CR24-221-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100